THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Clara Sims,<br><br>        Plaintiff,<br><br>vs.<br><br>Kraft Foods Global, Inc. Employee-Paid<br>Group Benefits Plan,<br><br>        Defendant. | **CONSENT AMENDED CASE**<br>**MANAGEMENT ORDER**<br><br>C.A. No.: 8:08-3659-HFF |

This action is brought by Plaintiff, Clara Sims, seeking long term disability benefits under an ERISA plan of benefits established by Kraft Foods Global, Inc., which is funded by participating employee contributions and is self-insured.

On January 13, 2009, the Court entered a Specialized Case Management Order setting forth the service and filing deadlines applicable in this case. The deadline to mediate this matter is April 13, 2009. Although mediation was previously scheduled for March 31, 2009, in advance of the mediation deadline, additional time is required to mediate this matter so that the parties may resolve certain issues prior to mediation. Mediation has been rescheduled for April 16, 2009. As such, the parties seek an extension of the mediation deadline in this case to April 16, 2009. All other deadlines remain the same as set forth in the original case management order.

It appears to the Court that the request for an extension of the mediation deadline contained in the Court's January 13, 2009 Specialized Case Management Order is not for the purpose of delay but, rather, is for the purpose set forth above.

NOW THEREFORE, on motion of Mary A. Giorgi, attorney for Defendant, and Robert E. Hoskins, attorney for Plaintiff, the Court orders that mediation shall be completed by April 16, 2009.

The procedures set forth in this order are intended to supersede and replace the requirements generally applicable under Rules 26(a), (d) and (f) of the Federal Rules of Civil Procedure.  This order supersedes any earlier entered scheduling order.

IT IS SO ORDERED.

<u>s/Henry F. Floyd</u>
Henry F. Floyd
United States District Court Judge

March 31, 2009

**WE SO MOVE**:

   s/Robert E. Hoskins
Robert E. Hoskins (#5144)
FOSTER LAW FIRM
601 E. McBee Avenue, Suite 104
PO Box 2123
Greenville, SC 29602
Tel.: (864)242-6200    Fax:  864.233.0290

Attorney for Plaintiff,
Clara Sims

And

   s/Mary A. Giorgi
Jennifer E. Johnsen (#5427)
Mary A. Giorgi (#9852)
GALLIVAN, WHITE & BOYD, P.A.
Post Office Box 10589
Greenville, SC 29603
Tel.: (864)271-9580    Fax:  (864) 271-7502

Attorneys for Defendant,
Kraft Foods Global, Inc. Employee-Paid Group Benefits Plan